Matter of Williams (2025 NY Slip Op 05135)

Matter of Williams

2025 NY Slip Op 05135

Decided on September 25, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 25, 2025

PM-211-25
[*1]In the Matter of Clayton Rashad Williams, an Attorney. (Attorney Registration No. 4759221.)

Calendar Date:September 15, 2025

Before:Aarons, J.P., Lynch, Ceresia, Fisher and Mackey, JJ.

Clayton Rashad Williams, Trabuco Canyon, California, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Clayton Rashad Williams was admitted to practice by this Court in 2009 and lists a business address in Trabuco Canyon, California with the Office of Court Administration. Williams now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Williams' application.
Upon reading Williams' affidavit sworn to July 29, 2025 and filed July 31, 2025, and upon reading the September 12, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Williams is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Aarons, J.P., Lynch, Ceresia, Fisher and Mackey, JJ., concur.
ORDERED that Clayton Rashad Williams' application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Clayton Rashad Williams' name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Clayton Rashad Williams is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Williams is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Clayton Rashad Williams shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.